IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES REMBERT, #293724, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 2:21-CV-13-RAH-KFP ) |
| ELMOREC COUNTY CORRECTIONAL FACILITY OFFICERS, | ) ) ) |
| Defendants. | ) ) |

**ORDER**

On March 15, 2021, the Magistrate Judge entered a Recommendation (Doc. #6) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. This case is DISMISSED without prejudice for Plaintiff's failure to pay the initial partial filing fee as ordered by this court.

A separate Final Judgment will be entered.

DONE, on this the 10th day of May, 2021.

                          /s/ R. Austin Huffaker, Jr.
                          R. AUSTIN HUFFAKER, JR.
                          UNITED STATES DISTRICT JUDGE